United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### EUREKA DIVISION

SUSAN MURMAN,

    Plaintiff,

  v.

PATRICIA MURMAN,

    Defendant.

Case No.  24-cv-01439-RMI

**ORDER RE: JUROR DISMISSALS FOR CAUSE (HARDSHIP)**

With the consent of the parties, the court hereby dismisses for cause (hardship) the following prospective jurors: **Nos. 4, 6, 9, 11, 12, 16, 17, and 27**.

**IT IS SO ORDERED.**

Dated: April 2, 2026

_____

ROBERT M. ILLMAN
United States Magistrate Judge