UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSAN MURMAN, et al.          ,

Plaintiff(s),

v.

PATRICIA MURMAN          ,

Defendant(s).

Case No. 1:24-cv-01439

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Vaughn Fisher          , an active member in good standing of the bar of Idaho          , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff, Susan Murman          in the above-entitled action. My local co-counsel in this case is Anthony Shallat          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 343689          .

1109 W. Main St., Ste. 600, Boise, ID
MY ADDRESS OF RECORD

24675 Joanne St., Hayward, CA
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

208-345-7000
MY TELEPHONE # OF RECORD

415-570-9085
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

vaughn@fisherhudson.com
MY EMAIL ADDRESS OF RECORD

anthony@aexisadvisors.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 7624          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0          times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/3/2026

Vaughn Fisher
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Vaughn Fisher  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 6, 2026

ROBERT M. ILLMAN
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2

# CERTIFICATE
# OF
# GOOD STANDING

## *Vaughn Fisher*

This is to certify that Vaughn Fisher is an Active Member in good standing of the Idaho State Bar as defined by Idaho Bar Commission Rule (I.B.C.R.) 301(i).

Mr. Fisher was admitted to the Idaho State Bar by motion on April 3, 2007 and has been an Active member since admission.

June 11, 2025
Date

Maureen Ryan Braley, Executive Director

**I.B.C.R. 301. Definitions.**

\* \* \*

(i) **Good Standing.** The standing of a member of the Bar who is in compliance with the licensing requirements of Rule 302 and whose right to practice law is not currently limited under I.B.C.R. Section V [Rules for Review of Professional Conduct] by order of the Supreme Court.

\* \* \*

To request a discipline report, please contact the Bar Counsel's Office at the address below.

IDAHO STATE BAR
P. O. Box 895
Boise, Idaho 83701
(208) 334-4500
Fax: (208) 334-2764