UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SUSAN MURMAN,<br><br>            Plaintiff,<br><br>     v.<br><br>PATRICIA MURMAN,<br><br>            Defendant. | Case No.  24-cv-01439-RMI<br><br>**JUDGMENT** |

The court granted judgment on the pleadings on Plaintiff's claim for breach of the implied covenant of good faith and fair dealing before trial. (Order, Dec. 19, 2025, Dkt. 55). The jury having rendered a unanimous verdict on April 8, 2026, the court now enters judgment in favor of Plaintiff on counts I (breach of contract), II (resulting trust), and III (unjust enrichment), in the amount of $398,000.00; and in favor of Defendant on claim IV (financial elder abuse).

**IT IS SO ORDERED.**

Dated: May 1, 2026

ROBERT M. ILLMAN
United States Magistrate Judge